**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

EDWARD WILLIAM DAILEY, Civil No. 01-2379 (JRT/FLN)

Plaintiff,

v. **ORDER OF DISMISSAL**

WEYERHAEUSER COMPANY,

Defendant.

---

Roy Zimmer, ZIMMER LAW OFFICE, 14300 Nicollet Court, Suite 111, Burnsville, MN 55306, for plaintiff.

Michael T. Nilan, HALLELAND LEWIS NILAN SIPKINS & JOHNSON, 220 Sixth Street South, Suite 600, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Aug. 22, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED AUG 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK